# MEMORANDA

OF

*DECISIONS RENDERED DURING THE PERIOD EMBRACED IN THIS VOLUME.*

---

EDWIN G. MOORE, Appellant, *v.* WILLIAM N. COLER, SR., et al., Respondents.

*Moore* v. *Coler*, 121 App. Div. 903, affirmed.
(Argued February 18, 1909; decided March 16, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 15, 1907, affirming a judgment in favor of defendants entered upon a verdict directed by the court and an order denying a motion for a new trial in an action to recover for the alleged negligence of the defendants while acting as agents of the plaintiff, in failing to collect the amount due on certain bonds.

*S. L. Wheeler* and *H. E. Barnard* for appellant.

*Thomas H. Rothwell* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, WERNER and WILLARD BARTLETT, JJ. Dissenting: VANN and HISCOCK, JJ.

---

WILLIAM T. DICKERSON, Respondent, *v.* ROBERT APPLETON et al., Appellants.

*Dickerson* v. *Appleton*, 123 App. Div. 903, affirmed.
(Argued February 22, 1909; decided March 16, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 14, 1908, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action for an accounting as to the disposition of certain